Ethan J. Brown (*pro hac vice admission pending*)
Sara C. Colón (NY SBN 4815908)
BROWN NERI SMITH & KHAN LLP
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HILDERBRAND, DAVID KIDERMAN, AND RYAN DETZEL,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNING INVETMENT PARTNERS, LP, DOWNING PARTNERS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, f/k/a DOWNING DIGITAL HEALTHCARE GROUP, LLC, SURGICAL SAFETY SOLUTIONS INTERACTIVE, LLC, SURGICAL SAFETY SOLUTIONS, LLC, DOWNING MEDICAL DEVICE GROUP, LLC, 3SI SYSTEMS, LLC, DAVID W. WAGNER, MICHAEL H. SHAUT, RICHARD BUCKINGHAM, JEFF RICE, MARC M. LAWRENCE, MICHAEL GRUMBINE, BRETT GRIFFIN, JAY PILA, GREG AUDA, PAUL GIROUX, MARCO ZENATI, GEORGE ROBBIE, GLENN HAUFLER, and BRAD PULVER,<br><br>Defendants. | CASE NO. 16-CV-04040<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ethan J. Brown, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Downing Investment Partners, LP, Downing Partners, LLC., Downing Health

1  Technologies, LLC d/k/a Downing Digital Healthcare Group, LLC, Surgical Safety
2  Solutions Interactive, LLC, Surgical Safety Solutions, LLC, Downing Medical Device
3  Group, LLC, 3SI Systems, LLC, David W. Wagner, Michael H. Shaut, Richard
4  Buckingham, Jeff Rice, Marc M. Lawrence, Michael Grumbine, Brett Giffin, Greg Auda,
5  Marco Zenati, George Robbie, and Glenn Haufler in the above-captioned action.

6     I am in good standing of the bars of the state of California and the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto as **Exhibit 1**, are true and correct copies of certificates of good standing from the Supreme Court of California and the Commonwealth of Massachusetts.

Dated: June 28, 2016                                  Respectfully Submitted,

                                                                      s/ Ethan J. Brown
Ethan J. Brown
BROWN NERI SMITH & KHAN LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980
Email: ethan@bnsklaw.com

**MOTION FOR ADMISSION PRO HAC VICE**