# EXHIBIT 2

```
 1
 2                    UNITED STATES DISTRICT COURT
 3                   SOUTHERN DISTRICT OF NEW YORK
 4
 5
 6  DAVID HILDERBRAND, DAVID          CASE NO. 16-CV-04040
    KIDERMAN, AND RYAN DETZEL,
 7                                    [PROPOSED] ORDER GRANTING
        Plaintiffs,                   MOTION FOR ADMISSION PRO
 8                                    HAC VICE
        v.
 9
    DOWNING INVETMENT PARTNERS, LP,
10  DOWNING PARTNERS, LLC, DOWNING
    HEALTH TECHNOLOGIES, LLC, f/k/a
11  DOWNING DIGITAL HEALTHCARE
    GROUP, LLC, SURGICAL SAFETY
12  SOLUTIONS INTERACTIVE, LLC,
    SURGICAL SAFETY SOLUTIONS, LLC,
13  DOWNING MEDICAL DEVICE GROUP,
    LLC, 3SI SYSTEMS, LLC, DAVID W.
14  WAGNER, MICHAEL H. SHAUT,
    RICHARD BUCKINGHAM, JEFF RICE,
15  MARC M. LAWRENCE, MICHAEL
    GRUMBINE, BRETT GRIFFIN, JAY PILA,
16  GREG AUDA, PAUL GIROUX, MARCO
    ZENATI, GEORGE ROBBIE, GLENN
17  HAUFLER, and BRAD PULVER,
18
        Defendants.
19
20
21
22      The motion of Ethan J. Brown, for admission to practice Pro Hac Vice in the
23  above captioned action is granted.
        Applicant has declared that he is a member in good standing of the bar of the State
24  of California and the Commonwealth of Massachusetts; and that his contact information
25  is as follows:
26      Applicant's Name:    Ethan J. Brown
27      Firm Name:           BROWN NERI SMITH & KHAN LLP
28
```

ORDER FOR ADMISSION PRO HAC VICE

1     Address:        11766 Wilshire Blvd., Los Angeles, CA 90025

2     Telephone No.:    (310) 593-9890

3     Facsimile No.:    (310) 593-9980

4     Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Downing Investment Partners, LP, Downing Partners, LLC., Downing Health Technologies, LLC d/k/a Downing Digital Healthcare Group, LLC, Surgical Safety Solutions Interactive, LLC, Surgical Safety Solutions, LLC, Downing Medical Device Group, LLC, 3SI Systems, LLC, David W. Wagner, Michael H. Shaut, Richard Buckingham, Jeff Rice, Marc M. Lawrence, Michael Grumbine, Brett Giffin, Greg Auda, Marco Zenati, George Robbie, and Glenn Haufler in the above entitled action;

12     IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

18 Dated: _____

                                                Hon. Katherine Polk Failla
                                                United States District Court
                                                Southern District of New York

**ORDER FOR ADMISSION PRO HAC VICE**