USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 30, 2016

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HILDERBRAND, DAVID KIDERMAN, AND RYAN DETZEL,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNING INVETMENT PARTNERS, LP, DOWNING PARTNERS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, f/k/a DOWNING DIGITAL HEALTHCARE GROUP, LLC, SURGICAL SAFETY SOLUTIONS INTERACTIVE, LLC, SURGICAL SAFETY SOLUTIONS, LLC, DOWNING MEDICAL DEVICE GROUP, LLC, 3SI SYSTEMS, LLC, DAVID W. WAGNER, MICHAEL H. SHAUT, RICHARD BUCKINGHAM, JEFF RICE, MARC M. LAWRENCE, MICHAEL GRUMBINE, BRETT GRIFFIN, JAY PILA, GREG AUDA, PAUL GIROUX, MARCO ZENATI, GEORGE ROBBIE, GLENN HAUFLER, and BRAD PULVER,<br><br>Defendants. | CASE NO. 16-CV-04040<br><br><br><br>ORDER GRANTING MOTION<br>FOR ADMISSION PRO HAC VICE |

The motion of Ethan J. Brown, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and the Commonwealth of Massachusetts; and that his contact information is as follows:

    Applicant's Name:    Ethan J. Brown

    Firm Name:    BROWN NERI SMITH & KHAN LLP

---

**ORDER FOR ADMISSION PRO HAC VICE**

1  Address: 11766 Wilshire Blvd., Los Angeles, CA 90025
2  Telephone No.: (310) 593-9890
3  Facsimile No.: (310) 593-9980

4  Applicant having requested admission Pro Hac Vice to appear for all purposes as
5  counsel for Defendants Downing Investment Partners, LP, Downing Partners, LLC.,
6  Downing Health Technologies, LLC d/k/a Downing Digital Healthcare Group, LLC,
7  Surgical Safety Solutions Interactive, LLC, Surgical Safety Solutions, LLC, Downing
8  Medical Device Group, LLC, 3SI Systems, LLC, David W. Wagner, Michael H. Shaut,
9  Richard Buckingham, Jeff Rice, Marc M. Lawrence, Michael Grumbine, Brett Giffin,
10 Greg Auda, Marco Zenati, George Robbie, and Glenn Haufler in the above entitled
11 action;

12 IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in
13 the above captioned case in the United States District Court for the Southern District of
14 New York. All attorneys appearing before this Court are subject to the Local Rules of
15 this Court, including the Rules governing discipline of attorneys.

18 Dated: June 30, 3016

*Katherine Polk Failla*

Hon. Katherine Polk Failla

United States District Court
Southern District of New York

**ORDER FOR ADMISSION PRO HAC VICE**