UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID HILDERBRAND, DAVID KIDERMAN, RYAN DETZEL, and MARK MILLER,

                    Plaintiffs,

- against -

DOWNING INVESTMENT PARTNERS, LP, DOWNING PARTNERS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, f/k/a DOWNING DIGITAL HEALTHCARE GROUP, LLC, SURGICAL SAFETYSOLUTIONS, LLC, 3SI SYSTEMS, LLC, DAVID W. WAGNER, MICHAEL H. SHAUT, RICHARD BUCKINGHAM, JEFF RICE, MARC M. LAWRENCE, MICHAEL GRUMBINE, BRETT GIFFIN, JAY PILA, GREG AUDA, PAUL GIROUX, MARCO ZENATI, GEORGE ROBBIE, GLENN HAUFLER, and BRAD PULVER,

                    Defendants.

Civil Docket No.: 16-cv-04040

STIPULATION

JURY TRIAL DEMANDED

---

## STIPULATION GRANTING
## EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

WHEREAS Defendant, Paul Giroux, ("Mr. Giroux") must file a response to the Amended Complaint of Plaintiffs, David Hilderbrand, David Kiderman, Ryan Detzel and Mark Miller ("Plaintiffs") by July 25, 2016.

WHEREAS the Plaintiffs and Mr. Giroux, by counsel, have agreed, for good cause, that Mr. Giroux shall have an additional thirty (30) days to file his answer ("Answer") to Plaintiffs' Amended Complaint;

THE PARTIES, BY COUNSEL, HEREBY STIPULATE:

41142747v1

Mr. Giroux shall have an extension of thirty (30) days from July 25, 2016 to file an Answer to Plaintiffs' Amended Complaint. Mr. Giroux must file his Answer to Plaintiffs' Amended Complaint by August 24, 2016.

In entering into this stipulation, Mr. Giroux does not waive any defense to the Amended Complaint.

SO STIPULATED

[SIGNATURE LINES ON THE FOLLOWING PAGE]

Dated: July 13, 2016

FOX ROTHSCHILD LLP

By: _____
*Caroline Morgan*, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
*Attorneys for Defendant,*
*Paul Giroux*

Dated: July 11, 2016

CARMEL, MILAZZO &
DICHIARA LLP

By: _____
Ross D. Carmel, Esq.
261 Madison Avenue, 9th Floor
New York, NY 10016
(646) 838-1310
*Attorneys for Plaintiffs David*
*Kiderman, David Hilderbrand,*
*Ryan Detzel and Mark Miller*

In light of the extension of time granted to Defendant Giroux to answer or otherwise respond, the premotion conference presently set for July 22, 2016 will be adjourned *sine die*; the Court will instead address Defendants' contemplated motions at the conference set for **August 30, 2016, at 3:00 p.m.**

Dated: July 13, 2016
       New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE