# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Kiderman, et al. <br> *Plaintiff* <br> v. <br> Downing Investment Partners, LP, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 1:16-cv-04040-KPF <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Downing Investment Partners. LP; Downing Partners LLC; Downing Health Technologies, LLC f/k/a Downing Healthcare Group, LLC; Surgical Safety Solutions, LLC; 3SI Systems, LLC; IVC Healthcom, LLC; David W. Wagner; Michael H. Shaut; Richard Buckingham; Jeff Rice; Marc M. Lawrence; Michael Grumbine; Brett Griffin; Greg Auda; Marco Zenati; George Robbie; and Glenn Haufler.

Date: July 14, 2016

/s/ Ethan J. Brown
*Attorney's signature*

Ethan J. Brown - XXXXXX (Pro Hac Vice - 06/30/2016)
*Printed name and bar number*

11766 Wilshire Blvd., Ste. 1670, Los Angeles, CA 90025
*Address*

ethan@bnsklaw.com
*E-mail address*

(310) 593-9890
*Telephone number*

(310) 593-9980
*FAX number*