```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  April 6, 2018
```

April 5, 2018

Honorable Judge Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y.  10007

RE: Hilderbrand et al vs. Downing

Judge Failla,

I am writing to request to attend the April 16, 2018 conference in your courtroom by means of phone call.  You previously granted this request for the original conference on March 22, 2018. As I stated in my first request, I have written confirmation from Mr. Carmel that the two motions to be discussed are not directed at me.  Additionally, I am representing Pro-Se, and my finances have not improved in the past few weeks such that traveling to NY creates a financial hardship.

Thank you for your consideration in this matter.

*Jeffrey Rice*

Application GRANTED.

Dated:     April 6, 2018
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*
Jeff Rice
46 Highland Road
Boxford, MA 01921

Marc Lawrence
34 Lyonia Lane
Santa Rosa Beach, FL 32459