```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    DAVID HILDERBRAND, et al.,                        :
                                                      :
                                Plaintiffs,           :
                                                      :
                   v.                                 :
                                                      :
    DOWNING INVESTMENT PARTNERS, LP,                  :
    et al.,                                           :
                                                      :
                                Defendants.           :
------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: June 21, 2018 |

16 Civ. 4040 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record during the June 20, 2018 teleconference with the parties, the Downing Defendants are hereby ORDERED to submit, no later than July 6, 2018, all of the information about their accounts held at third-party financial and data storage institutions, including but not limited to those noted on the record. This information may be transmitted to the Court by email to Failla_NYSDchambers@nysd.uscourts.gov, with all counsel of record and *pro se* parties copied.

Plaintiffs are directed to submit draft subpoenas for the Court's consideration no later than two weeks following receipt of the above-referenced information from the Downing Defendants.

SO ORDERED.

Dated:   June 21, 2018
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A Copy of this Order has been sent via email to:*

Marc Lawrence: marc.lawrence@live.com

Jeff Rice: jsr1652@yahoo.com