UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HILDERBRAND, DAVID KIDERMAN, RYAN DETZEL, and MARK MILLER,<br><br>Plaintiffs,<br><br>-v.-<br><br>DOWNING INVESTMENT PARTNERS, LP, DOWNING PARTNERS, LLC, 3SI SYSTEMS, LLC, IVC HEALTHCOM, LLC, DAVID W. WAGNER, and MARC M. LAWRENCE,<br><br>Defendants. | 16 Civ. 4040 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 25, 2020, Defendant Jeff Rice was voluntarily dismissed from this case. (Dkt. #298). The case remains stayed as to the remaining Defendants pending the resolution of the bankruptcy proceedings of Defendants Wagner and Lawrence. (*See* Dkt. #295). Accordingly, the parties remaining in this action are hereby ORDERED to file a joint status letter on or before May 31, 2021, informing the Court of the status of bankruptcy proceedings and any other relevant developments.

SO ORDERED.

Dated: May 4, 2021
New York, New York

                                                                 _____
                                                                 KATHERINE POLK FAILLA
                                                                 United States District Judge

*A copy of this Order was emailed by Chambers to:*

Marc Lawrence at: marc.lawrence@live.com