UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KIDERMAN, DAVID HILDERBRAND, RYAN DETZEL, and MARK MILLER,<br><br>                Plaintiffs,<br><br>              -v.-<br><br>DOWNING INVESTMENT PARTNERS, LP; DOWNING PARTNERS, LLC; DOWNING HEALTH TECHNOLOGIES, LLC, *formerly known as* DOWNING DIGITAL HEALTHCARE GROUP, LLC; DOWNING MEDICAL DEVICE GROUP, LLC; SURGICAL SAFETY SOLUTIONS, LLC; SURGICAL SAFETY SOLUTIONS INTERACTIVE, LLC; 3SI SYSTEMS, LLC; IVC HEALTHCOM, LLC; DAVID W. WAGNER; and MARC M. LAWRENCE,<br><br>                Defendants. | 16 Civ. 4040 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court understands that Mr. Wagner's bankruptcy proceeding in Rhode Island was closed on June 24, 2025. (*See* No. 18-bk-10071 (D.R.I.), Dkt #430). Accordingly, the parties are ORDERED to file a joint status letter on or before **October 9, 2025**, informing the Court of next steps in the litigation.

    The Clerk of Court is directed to mail a copy of this Order to:

David Wagner
197 Palen Road
Hopewell Junction, NY 12533

    SO ORDERED.

Dated:    September 25, 2025
             New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge