UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KIDERMAN, DAVID HILDERBRAND, RYAN DETZEL, and MARK MILLER,<br><br>Plaintiffs,<br><br>-v.-<br><br>DOWNING INVESTMENT PARTNERS, LP; DOWNING PARTNERS, LLC; DOWNING HEALTH TECHNOLOGIES, LLC, *formerly known as* DOWNING DIGITAL HEALTHCARE GROUP, LLC; DOWNING MEDICAL DEVICE GROUP, LLC; SURGICAL SAFETY SOLUTIONS, LLC; SURGICAL SAFETY SOLUTIONS INTERACTIVE, LLC; 3SI SYSTEMS, LLC; IVC HEALTHCOM, LLC; DAVID W. WAGNER; and MARC M. LAWRENCE,<br><br>Defendants. | 16 Civ. 4040 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Following communications with the parties, the pre-motion conference currently scheduled for April 13, 2026, is hereby CONVERTED into a telephonic conference. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to mail a copy of this order to:

David Wagner
197 Palen Road
Hopewell Junction, NY 12533

SO ORDERED.

Dated:      April 8, 2026
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge