UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KIDERMAN, DAVID HILDERBRAND,
RYAN DETZEL, and MARK MILLER,

              Plaintiffs,

          -v.-

DOWNING INVESTMENT PARTNERS, LP;
DOWNING PARTNERS, LLC; DOWNING
HEALTH TECHNOLOGIES, LLC, *formerly
known as* DOWNING DIGITAL
HEALTHCARE GROUP, LLC; DOWNING
MEDICAL DEVICE GROUP, LLC; SURGICAL
SAFETY SOLUTIONS, LLC; SURGICAL
SAFETY SOLUTIONS INTERACTIVE, LLC;
3SI SYSTEMS, LLC; IVC HEALTHCOM, LLC;
DAVID W. WAGNER; and MARC M.
LAWRENCE,

              Defendants.

16 Civ. 4040 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Pursuant to the discussion at the April 13, 2026 conference, and in light of Mr. Wagner's plea allocution in the related case, *United States* v. *Wagner*, No. 19 Cr. 437-1 (AKH), the Court enters judgment against Mr. Wagner and in favor of Plaintiffs on Counts 10 (Fraudulent Inducement), 11 (Fraud), and 13 (Securities Fraud) of the Second Amended Complaint (*see* Dkt. #88). Under separate cover, and when the claims against Mr. Lawrence are resolved, the Court will refer the matter for a damages inquest.

The Clerk of Court is directed to mail a copy of this Order to Mr. Lawrence's address of record, and also to the following address:

David Wagner
197 Palen Road
Hopewell Junction, NY 12533

SO ORDERED.

Dated:          April 13, 2026
                New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2