UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KIDERMAN, DAVID HILDERBRAND,
RYAN DETZEL, and MARK MILLER,

                Plaintiffs,

           -v.-

DOWNING INVESTMENT PARTNERS, LP;
DOWNING PARTNERS, LLC; DOWNING
HEALTH TECHNOLOGIES, LLC, *formerly
known as* DOWNING DIGITAL
HEALTHCARE GROUP, LLC; DOWNING
MEDICAL DEVICE GROUP, LLC; SURGICAL
SAFETY SOLUTIONS, LLC; SURGICAL
SAFETY SOLUTIONS INTERACTIVE, LLC;
3SI SYSTEMS, LLC; IVC HEALTHCOM, LLC;
DAVID W. WAGNER; and MARC M.
LAWRENCE,

                Defendants.

16 Civ. 4040 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 6, 2026, the Court issued an Order requiring the parties to appear for a pre-motion conference on April 13, 2026.  (Dkt. #306).  The Court held the pre-motion conference on the scheduled date, and Defendant Marc M. Lawrence failed to appear.  (*See* April 13, 2026 Minute Entry).  In response, the Court ordered Mr. Lawrence to show cause in writing on or before May 1, 2026, as to why, given his plea allocution in his related criminal case, *United States* v. *Lawrence*, No. 19 Cr. 437-2 (AKH), the Court should not enter Default Judgment against him on Counts 10 (Fraudulent Inducement), 11 (Fraud), and 13 (Securities Fraud) of the Second Amended Complaint.  (Dkt. #308).  The

Court mailed a copy of the Order to Show Cause to Mr. Lawrence at his address of record.  (April 14, 2026 Entry).

Mr. Lawrence did not respond to the Order to Show Cause. Consequently, the Court hereby enters a Default Judgment against him on Counts 10, 11, and 13 of the Second Amended Complaint.  (*See* Dkt. #88).  The Court will refer the parties to Magistrate Judge Moses for a damages inquest under separate cover.

The Clerk of Court is directed to mail a copy of this Order to Mr. Lawrence's address of record, and also to the following address: David Wagner, 197 Palen Road, Hopewell Junction, NY 12533.

SO ORDERED.

Dated:    May 11, 2026
          New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge