

**SICHENZIA ROSS FERENCE CARMEL** LLP

July 22, 2026

*Via ECF*

Honorable Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan Courthouse, Courtroom: 20A
500 Pearl Street
New York, NY 10007

> Re:   *Kiderman, et al. v. Downing Partners, LLC, et al.*
> *Case No. 16-cv-04040*

Dear Judge Moses:

This firm represents Plaintiffs David Hilderbrand, David Kiderman, Ryan Detzel and Mark Miller (collectively, the "Plaintiffs") in the above-referenced action. I write, pursuant to Rule 2.a. of Your Honor's Individual Practices to request an extension, from July 24, 2026 to August 7, 2026 for Plaintiffs to file the submissions required by the June 24, 2026 Modified Scheduling Order (ECF No. 313). This is Plaintiffs' first request for an extension of time to file the submissions required by the Modified Scheduling Order.

The reason for the requested extension is that the undersigned has had a number of motions to respond to over the last month, has two upcoming motions to prepare briefing for, and an upcoming arbitration hearing that I have been preparing for during this time. As a result, I require additional time to prepare the submissions for this action required by the June 24, 2026 Modified Scheduling Order. I have attempted to obtain consent from Defendants Marc Lawrence and David Wagner, however, neither has responded to my request. The requested extension will affect the time for Messrs. Lawrence and Wagner to submit opposition to Plaintiffs' submissions, and would move that date to August 21, 2026. A proposed amendment to the June 24, 2026 Modified Scheduling Order is attached hereto.

Accordingly, Plaintiffs respectfully request that their time to submit the Proposed Findings of Fact and Conclusions of Law, and supporting document be extended to **August 7, 2026**, and that the Defaulting Defendants time to file opposition thereto be extended to **August 21, 2026**.

Please contact me if you require additional information.

Respectfully submitted,

Christopher P. Milazzo

cc:   Marc Lawrence (by email marc.lawrence@live.com and mlawrence5411@gmail.com )
      David Wagner (by email dwagner4113@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

DAVID HILDERBRAND, DAVID
KIDERMAN, RYAN DETZEL, and MARK
MILLER,

                        Plaintiffs,

      -against-

DOWNING INVESTMENT PARTNERS, LP,
DOWNING PARTNERS, LLC, 3SI
SYSTEMS, LLC, IVC HEALTHCOM, LLC,
DAVID W. WAGNER, MICHAEL H.
SHAUT, GREG AUDA, RICHARD
BUCKINGHAM, JEFF RICE, MARC M.
LAWRENCE, MICHAEL GRUMBINE,
BRETT GIFFIN, MARCO ZENATI, GEORGE
ROBBIE, and GLENN HAUFLER,

                        Defendants,

-----------------------------------------------------------------------x

Case No.: 16-CV-04040-KPF

[PROPOSED]
**AMENDED SCHEDULING
ORDER**

The Modified Scheduling Order, dated June 24, 2026 (ECF No. 313) (the "Scheduling Order") entered in the above-captioned action is amended as follows:

1. The date for Plaintiffs to submit Proposed Findings of Fact and Conclusions of Law, and supporting documents set forth in Paragraph 1 of the Scheduling Order is amended and changed from July 24, 2026 to August 7, 2026.

2. The date for the Defaulting Defendants to submit opposition to Plaintiffs' submission, pursuant to Paragraph 8 of the Scheduling Order is amended and changed from August 7, 2026 to August 21, 2026.

Dated: New York, New York
      July __, 2026

_____
BARBARA MOSES
United States Magistrate Judge