UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

DAVID HILDERBRAND, DAVID : 
KIDERMAN, RYAN DETZEL, and MARK :    Case No.: 16-CV-04040-KPF
MILLER, :
               Plaintiffs, :
           :
           :    [PROPOSED]
  -against- :    **AMENDED SCHEDULING**
           :    **ORDER**

DOWNING INVESTMENT PARTNERS, LP, :
DOWNING PARTNERS, LLC, 3SI :
SYSTEMS, LLC, IVC HEALTHCOM, LLC, :
DAVID W. WAGNER, MICHAEL H. :
SHAUT, GREG AUDA, RICHARD :
BUCKINGHAM, JEFF RICE, MARC M. :
LAWRENCE, MICHAEL GRUMBINE, :
BRETT GIFFIN, MARCO ZENATI, GEORGE :
ROBBIE, and GLENN HAUFLER, :
             Defendants, :
           :

----------------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___07/22/26___

The Modified Scheduling Order, dated June 24, 2026 (ECF No. 313) (the "Scheduling Order") entered in the above-captioned action is amended as follows:

1.     The date for Plaintiffs to submit Proposed Findings of Fact and Conclusions of Law, and supporting documents set forth in Paragraph 1 of the Scheduling Order is amended and changed from July 24, 2026 to August 7, 2026.

2.     The date for the Defaulting Defendants to submit opposition to Plaintiffs' submission, pursuant to Paragraph 8 of the Scheduling Order is amended and changed from August 7, 2026 to August 21, 2026.

Dated: New York, New York
      July 22, 2026

_____
BARBARA MOSES
United States Magistrate Judge