USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KIDERMAN, et al.,

Plaintiffs,

-against-

DOWNING INVESTMENT PARTNERS, LP, et al.,

Defendants.

16-CV-4040 (KPF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to update the docket to reflect what the Court understands to be the new address and phone number for defendant Marc M. Lawrence:

Address: 801 29th Avenue North, St. Petersburg, FL 33704.

Telephone number: 727-297-6107

Plaintiffs are directed to promptly re-serve this Court's scheduling orders (Dkts. 313, 315) and plaintiffs' proposed findings of fact and conclusions of law and related papers (Dkt. 316) on defendant Lawrence and file proof of such service on the docket.

Dated: New York, New York
August 10, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**