USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/24/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KIDERMAN, et al.,

Plaintiffs,

-against-

DOWNING INVESTMENT PARTNERS, LP, et al.,

Defendants.

16-CV-4040 (KPF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 11, 2026, the Court directed the Clerk of Court to update defaulted defendant Marc M. Lawrence's postal address, and directed plaintiffs to serve this Court's damages inquest scheduling orders and plaintiffs' proposed findings of fact and conclusions of law and related papers (Proposed Findings) on Mr. Lawrence at his updated address. (Dkt. 317.) Plaintiffs filed proof of such service on August 14, 2026. (Dkt. 318.)

By letter dated September 9 and postmarked September 14, 2026, Mr. Lawrence has confirmed his current address, and requests plaintiffs' "executed offer letters and final investment documents" to assist him in "understanding the complaint." Because Mr. Lawrence mailed his letter directly to chambers, it is attached to this Order.

The operative complaint in this matter is the Second Amended Complaint (Dkt. 88), filed on October 7, 2016. Mr. Lawrence never answered that complaint. By Order dated May 11, 2026 (Dkt. 310), the Hon. Katherine Polk Failla, United States District Judge, noted that Mr. Lawrence failed to appear for a pre-motion conference on April 13, 2026, and then failed to respond to an Order to Show Cause why a default judgment should not be entered against him. Judge Failla then entered a "Default Judgment against him on Counts 10, 11, and 13 of the Second Amended Complaint," and referred the case to me for a damages inquest. (Dkt. 311.)

In a damages inquest, the principal question before the Court is the quantum of damages to be assessed against Mr. Lawrence (and the other defaulted defendants). In their Proposed Findings, Plaintiffs seek damages of approximately $2 million, in the aggregate, on Counts 10, 11, and 13. *See* Proposed Findings (Dkt. 316) at 24-25. Plaintiffs' offer letters and various investment documents are attached to the Proposed Findings. *See*, *e.g.*, Dkt. 316-1 at ECF pp. 93-95 (offer letter to plaintiff David Hildebrand).

Given that Mr. Lawrence has now received the Court's relevant Orders and plaintiffs' Proposed Findings, and has shown an interest in the matter, the Court hereby EXTENDS the deadline for Mr. Lawrence to respond to plaintiffs' Proposed Findings to **October 26, 2026**.

Mr. Lawrence is reminded that pro se parties may not mail letters or other documents directly to chambers. A pro se party may file a document by any of the following methods:

a. Drop off the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

b. Mail or deliver the documents to the Pro Se Intake Unit in Room 250 of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The Pro Se Intake Unit (telephone 212-805-0175) may be of assistance to pro se litigants in connection with court procedures, but cannot provide legal advice.

c. Email the documents to ProSe@nysd.uscourts.gov with the subject line "Pro Se Filing – Case Number 16-CV-4040." Additional filing instructions are available at https://www.nysd.uscourts.gov/prose.

The Clerk of Court is respectfully directed to update the docket to include pro se defendant Marc M. Lawrence's email address, which is law26mm@gmail.com, and to mail this Order to Mr. Lawrence at his postal address of record.

Dated: New York, New York
September 24, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

**Marc M. Lawrence**
**801 29th Avenue North**
**St. Petersburg, FL 33704**

To: Magistrate Barbara C. Moses
500 Pearl Street
New York, NY10007

September 09, 2026

Re: *Kiderman, et al. v. Downing Partners LLC, et al.*
*Case No. 16-CVS-04040*

*Dear Magistrate Moses,*

*I apologize for the mixup with my address and email. I provided my change of address to the Clerk of Court, Ms. Maria Cotto and my probation officer in October 2025. In fact, to date I receive a monthly Debtor statement from the U.S. Department of Justice.*

*My contact information is as follows:*
*Name: Marc Lawrence*
*Email: law26mm@gmail.com*
*Cell: 727.297.6107*

*To assist me in understanding the complaint, can the Court please provide the executed offer letters and final investment documents for:*
*Plaintiffs David Hilderbrand, David Kiderman, Ryan Detzel and Mark Miller.*

*Regards,*

*Marc Lawrence*

M. Lawrence
801 29th Ave. N.
St. Petersburg, FL 33704

TAMPA FL 335
SAINT PETERSBURG FL
14 SEP 2026 PM 8 L

Thinking

MANATEE forever

Magistrate Barbara C. Moses
Daniel Patrick Moynihan - U.S. Courthouse
500 Pearl Street
New York, NY 10007-4880

10007-131699