USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KIDERMAN, et al.,

Plaintiffs,

-against-

DOWNING INVESTMENT PARTNERS, LP, et al.,

Defendants.

16-CV-4040 (KPF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 24, 2026, the Court extended defaulted defendant Marc M. Lawrence's deadline to respond to plaintiffs' proposed findings of fact and conclusions of law (Proposed Findings) (Dkt. 316) to October 26, 2026. The Court has not received a response from Mr. Lawrence. Consequently, the Court will consider the Proposed Findings unopposed and proceed with the damages inquest based upon the record as it now stands.

Dated: New York, New York
November 10, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**